MINUTE ENTRY            9:40 a.m.

MICHAEL W. KENNEDY, et al   -vs-  ROSALINA T. GABUTIN, et al

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
    Sanae Shmull, Court Reporter
    K. Lynn Lemieux, Courtroom Deputy
    Eric Smith, Attorney for Plaintiff
    Victorino Torres, Attorney for Defendants Mendiola

PROCEEDINGS: MOTION FOR ORDER IN AID OF JUDGMENT

Plaintiffs were represented in court by Attorney Eric Smith.  Defendants were represented by Attorneys Victorino Torres.  Also present was the lessor of the property, Palokoa Mongkeya.

Attorney Smith argued the Order in Aid of Judgment:

Attorney Smith called witness:

PALOKOA MONGKEYA.  (Renting house from Rosalina Gabutin.) DX.

Attorney Smith, after examination of witness, reported to the Court that an agreement would be drawn up between the plaintiff and this witness and an Order would be presented to the Court for signature.

Attorney Eric Smith argued the Default Motion.  Attorney Victorino Torres reported to the Court that there is a dispute over the ownership of the property in question.

Court, after hearing argument, stated  that  because the property is in dispute, more information is needed before a decision can be rendered.

Attorney Victorino Torres moved to postpone this hearing.  Court set this for a status conference hearing on March 4, 2005 at 8:30 a.m.

        Adjourned 10:25 a.m.

;
Applies to: DFT Gabutin, Rosalina T., PTF Kennedy, Michael [KLL EOD 02/18/2005]