SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:    233-3334
Fax:    233-3336

Attorneys for the Plaintiff

FILED
Clerk
District Court

AUG 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MICHAEL W. KENNEDY dba MKI AIRCONDITIONING and REFRIGERATION, | Civil Action No. CV-03-0016 |
| Plaintiff, | **DECLARATION IN SUPPORT OF MOTION FOR AN ORDER TO SHOW CAUSE** |
| vs. | |
| ROSALINA T. GABUTIN, JOSEPH C. GABUTIN, FELIX M. MENDIOLA, LOURDES T. MENDIOLA, JOAQUIN F. TUDELA, SR. and EDITH C. TUDELA | Date: SEP - 1 2005 <br> Time: 9:30 Am <br> Judge:   Alex R. Munson |
| Defendants | |

I, MARK K. WILLIAMS, declare under penalty of perjury as follows:

1.    I am one of the attorneys for Plaintiff in the above referenced case.

2.    The facts set forth in the attached Motion for Order to Show Cause in re: Contempt are true and accurate to the best of my knowledge.

3.    On August 20, 2004, the Court granted Plaintiff's Application for Writ of Execution, and directing said Writ of Execution to "create a lien and continuing levy upon real property, rents, payments, income and profits of Rosalina T. Gabutin, in an amount not exceeding $88,926.67 plus accrued interest." *A true and correct copy of the August 20, 2004 Order is attached hereto as Exhibit 1.*

4.   On or about June 16, 2004, Mr. Mongkeya entered into a lease agreement with Rosalina Gabutin for Ms. Gabutin's house and lot (Lot No. 016 K 59) in Gatbu Avenue, Dandan.  Plaintiff believes that Mr. Mongkeya still occupies the house as of this date.

5.   On February 18, 2005, Mr. Mongkeya appeared before the Court after Plaintiff filed a Motion for an Order in Aid of Judgment.  At the hearing, the Court determined that Mr. Mongkeya has an existing lease agreement with Rosalina Gabutin.

6.   Because Plaintiff has a lien on rental payments owing Ms. Rosalina Gabutin from the property being leased to Mr. Mongkeya, the Court ordered Mr. Mongkeya to a) pay Smith & Williams $50.00 per month beginning March 1, 2005 for arrearages owed on the rent in the amount of $1,300.00; and b) pay Smith & Williams the monthly rent of $250.00 beginning March 1, 2005.  *A true and correct copy of the February 18, 2005 Order is attached hereto as Exhibit 2.*

7.   On March 28, 2005, Mr. Mongkeya once again appeared before this Court as a result of Plaintiff's Motion for an Order to Show Cause in re: Contempt for Mr. Mongkeya's failure to obey the Court's order on February 18, 2005. The Court ordered Mr. Palokoa Mongkeya to: a) pay Plaintiff, through the offices of his attorney, Smith & Williams, the arrearages owed on the rent in installment payments at a rate of $50.00 per month on March 31, 2005; and b) to pay Plaintiff, through the offices of its attorney, Smith & Williams, the monthly rent of $250.00 on March 31, 2005.  *A true and correct copy of the March 28, 2005 Order is attached hereto as Exhibit 3.*

8.   Mr. Mongkeya failed to obey this Court's order in that he failed to make payments for the months of June, July and August, 2005.

2

1

     I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on August 25, 2005, at Garapan, CNMI

2

3

Date: August 25, 2005

4

                               MARK K. WILLIAMS

5

                                    Declarant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COPY of
Original Filed
on this date

1 │ SMITH & WILLIAMS          FILE NO. 04-1963

  │ Attorneys at Law                                    AUG 2 0 2004
2 │ P.O. Box 5133 CHRB
  │ Saipan MP 96950                                      Clerk
3 │ Tel:   233-3334        '04 AGO 26 P12 :01         District Court
  │ Fax:   233-3336                              For The Northern Mariana Islands
4 │                         BOOK 12    PAGE 120
  │ Attorneys for the Plaintiff
5 │                         COMMONWEALTH RECORDER

6

7

8 │           UNITED STATES DISTRICT COURT
  │                     FOR THE
  │           NORTHERN MARIANA ISLANDS
9

10 │ MICHAEL W. KENNEDY dba MKI        )
   │ AIRCONDITIONING and              )    Civil Action No. CV- 03-0016
   │ REFRIGERATION,                   )
11 │                                  )
   │            Plaintiff,            )
12 │                                  )
   │        vs.                       )
13 │                                  )
   │ ROSALINA T. GABUTIN,             )
14 │ JOSEPH C. GABUTIN,               )    ORDER AFTER HEARING
   │ FELIX M. MENDIOLA,               )
15 │ LOURDES T. MENDIOLA,             )
   │ JOAQUIN F. TUDELA, SR. and       )
16 │ EDITH C. TUDELA,                 )
   │                                  )
17 │                                  )
   │            Defendants            )
18 │ ─────────────────────────────────)

19 │      On August 20, 2004, at 10:00 a.m. this matter came for a hearing on Plaintiff's

20 │ Motion for an Order in Aid of Judgment and Application for Writ of Execution.  Plaintiff

21 │ was represented in Court by Mark K. Williams.  Defendant Rosalina T. Gabutin failed to

22 │ appear.

23 │      Pursuant to Fed.R.Civ.P. Rule 69(a), Plaintiff seeks the issuance of a Writ of

24 │ Execution against real properties owned by Defendant Rosalina T. Gabutin, including the

25 │ rents, payments,  income or profits due to Defendant Rosalina T. Gabutin, and directing

26 │ the said Writ of Execution to create a lien upon and continuing levy upon such real

27 │ property, rents, payments, income and profits in an amount not exceeding $88,926.67,

28 │ plus interest of 9% per annum beginning November 26, 2003, until the judgment entered

EXHIBIT 1 ─

1  in this matter and the associated expenses of the Writ of Execution thereof are fully

2  satisfied or until the same is modified, and for such other and further relief as may be just.

3        GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Plaintiff's

4  Application for Writ of Execution.  The Court further Orders that, effective immediately,

5  Plaintiff shall receive directly all payments owed under the Deed of Sale entered into

6  between Ms. Rosalina Tudela Gabutin and Mr. Gregorio Sablan Arriola, dated May 6,

7  2004, and Recorded in the CNMI Recorders Office as File No. 04-1641.  Said payments

8  shall be made by Mr. Gregorio Sablan Arriola, his heirs or assignees to Plaintiff's

9  Counsel, the Law Offices of Smith & Williams, in Trust for Michael W. Kennedy.

10        The District Court for the Northern Mariana Islands shall have continuing

11  jurisdiction over this matter to enforce any and all terms and conditions set forth in this

12  Order.

13

14      SO ORDERED.

15      Date: _____AUG 2 0 2004_____

16

17                                Alex R. Munson

18                                ALEX R. MUNSON
                                    Chief Judge

19

20

21

22

23

24

25

26

27

28

2

1  SMITH & WILLIAMS
   Attorneys at Law
2  P.O. Box 5133 CHRB
   Saipan MP 96950
3  Tel:    233-3334
   Fax:    233-3336
4
   Attorneys for the Plaintiff
5

C O P Y of
Original Filed
on this date

Clerk
District Court
For The Northern Mariana Islands

6

7

8              UNITED STATES DISTRICT COURT
                        FOR THE
9              NORTHERN MARIANA ISLANDS

10 MICHAEL W. KENNEDY dba MKI              )
   AIRCONDITIONING and                     )        Civil Action No. CV- 03-0016
11 REFRIGERATION,                          )
                                           )
12        Plaintiff,                        )
                                           )        **ORDER AFTER HEARING**
13        v.                                )
                                           )
14 ROSALINA T. GABUTIN, *et al,*           )
                                           )
15        Defendants.                       )
   _____)

16

17        This matter came regularly for a hearing on Plaintiff's motion for an order in aid of

18 judgment on February 18, 2005, before the Honorable Alex R. Munson, Chief Judge

19 presiding. Plaintiff was represented in Court by Eric S. Smith. Defendants Felix Mendiola

20 and Lourdes Mendiola were represented by Vicente Torres. No appearance was made by any

21 other defendant.

22        After receiving evidence through the testimony of Paloloa Mongkeya, the Court

23 makes the following findings and order:

24        THE COURT FINDS that Mr. Paloloa Mongkeya is the lessee of demised property

25 located at Tasi Street and Garbu Avee Dan Dan, Saipan, owned by Defendant Rosalina

26 Gubutin,

27        THE COURT FURTHER FINDS that Mr. Paloloa Mongkeya has a rental agreement

28 with Defendant Rosalina Gubutin to pay rent on the demised property in the amount of

*EXHIBIT 2 —*

1 | $250.00 per month.

2 |     THE COURT FURTHER FINDS that Mr. Paloloa Mongkeya owes arrearages for

3 | rent on the demised property in the amount of $1,300.00.

4 |     GOOD CAUSE HAVING BEEN SHOWN, the Court orders that Mr. Paloloa

5 | Mongkeya pay Plaintiff, through the offices of his attorney, Smith & Williams,   the

6 | arrearages owed on the rent in the amount of $1,300.00 in installment payments at a rate of

7 | $50.00 per month commencing March 1, 2005.

8 |     THE COURT FURTHER ORDERS that Mr. Paloloa Mongkeya pay Plaintiff,

9 | through the offices of its attorney, Smith & Williams, the monthly rent of $250.00

10 | commencing on March 1, 2005.

11 |

12 |     SO ORDERED.

13 |

14 |     Date: _2-22-05_

15 |

16 |                           _Alex R. Munson_

17 |                           ALEX R. MUNSON
                               Chief Judge

1  SMITH & WILLIAMS
   Attorneys at Law
2  P.O. Box 5133 CHRB
   Saipan MP 96950
3  Tel:    233-3334
   Fax:   233-3336
4
   Attorneys for the Plaintiff
5

6

7

8                  **UNITED STATES DISTRICT COURT**
                            **FOR THE**
9                  **NORTHERN MARIANA ISLANDS**

10  MICHAEL W. KENNEDY dba MKI      )
    AIRCONDITIONING and             )         Civil Action No. CV- 03-0016
11  REFRIGERATION,                  )
                                    )
12          Plaintiff,              )
                                    )         **ORDER AFTER HEARING**
13          v.                      )
                                    )
14  ROSALINA T. GABUTIN, *et al*,   )
                                    )
15          Defendants.             )
                                    )
16

17          This matter came regularly for a hearing on Plaintiff's motion for an order to show

18  cause re contempt on March 28, 2005, before the Honorable Alex R. Munson, Chief Judge

19  presiding.  Plaintiff was represented in Court by Eric S. Smith.  Paloloa Mangkeya was

20  present in *pro se*. No appearance was made by any defendant.

21          Mr. Mongkeya and the Plaintiff entered into a stipulation which was orally stated in

22  court by Plaintiff and acknowledge by Mr. Mongkeya, that Mr. Mongkeya would pay the rent

23  and arrearages that the court had ordered to be paid to Plaintiff commencing on March 1,

24  2005, on or before March 31, 2005.  After receiving the stipulation, the Court makes the

25  following orders:

26          GOOD CAUSE HAVING BEEN SHOWN, the Court orders that Mr. Paloloa

27  Mongkeya pay Plaintiff, through the offices of his attorney, Smith & Williams, the arrearages

28  owed on the rent in installment payments at a rate of $50.00 per month on March 31, 2005.

EXHIBIT 3

1    THE COURT FURTHER ORDERS that Mr. Paloloa Mongkeya pay Plaintiff,

2  through the offices of its attorney, Smith & Williams, the monthly rent of $250.00 on March

3  31, 2005.

4    THE COURT FURTHER ORDERS Should the rent not be paid on or before March

5  31, 2005, this matter shall be reset on the calendar by notice without the Plaintiff filing a

6  motion or a declaration.

7    All other orders made by the court shall remain in effect.

8

9    SO ORDERED.

10

11  Date: ___3-28-05___

12

13                                    _Alex R. Munson_

14                                    ALEX R. MUNSON
                                      Chief Judge