SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel: 233-3334
Fax: 233-3336

Attorneys for the Plaintiff

FILED
Clerk
District Court

AUG 26 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MICHAEL W. KENNEDY dba MKI AIRCONDITIONING and REFRIGERATION,<br><br>   Plaintiff,<br><br>   vs.<br><br>ROSALINA T. GABUTIN, JOSEPH C. GABUTIN, FELIX M. MENDIOLA, LOURDES T. MENDIOLA, JOAQUIN F. TUDELA, SR. and EDITH C. TUDELA,<br><br>   Defendants. | Civil Action No. CV-03-0016<br><br><br><br>ORDER/NOTICE OF HEARING |

TO:   **PALOKOA MONGKEYA**

YOU ARE HEREBY ORDERED to appear in this Court on _SEPTEMBER 1, 2005_ at _9:30_ a.m./p.m. to give any legal reason why this Court should not find you guilty of contempt and punish you for wilfully disobeying its Order, as set forth in the Declaration of Mark K. Williams, attorney for Plaintiff.

SO ORDERED.

Dated _8-26-05_.

_____
ALEX R. MUNSON
Chief Judge