|  |  |
|---|---|
| SMITH & WILLIAMS<br>Attorneys at Law<br>P.O. Box 5133 CHRB<br>Saipan MP 96950<br>Tel:    233-3334<br>Fax:    233-3336<br><br>Attorneys for Plaintiff | F I L E D<br>Clerk<br>District Court<br><br>SEP 0 1 2005<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MICHAEL W. KENNEDY dba MKI<br>AIRCONDITIONING and<br>REFRIGERATION,<br><br>Plaintiff,<br><br>vs.<br><br>ROSALINA T. GABUTIN,<br>JOSEPH C. GABUTIN,<br>FELIX M. MENDIOLA,<br>LOURDES T. MENDIOLA,<br>JOAQUIN F. TUDELA, SR. and<br>EDITH C. TUDELA<br><br>Defendants | Civil Action No. CV-03-0016<br><br>STIPULATION TO CONTINUE<br>HEARING AND ORDER<br><br>Date:    N/A<br>Time:    N/A<br>Judge:   Alex R. Munson |

    This matter is currently set for hearing on September 1, 2005 at 9:30 a.m., as a result of Plaintiff's Motion for an Order to Show Cause In Re: Contempt against Palokoa Mongkeya.

    Mr. Mongkeya, after being served with the show cause motion, offered to pay the amount of $250.00, in payment of his past due rent. Defendant also promised to make payments every 30th day of the month beginning September 30, 2005, in the amount of $300.00 until his account is paid in full.

    Based on the above, Plaintiff and Defendant hereby stipulate that the hearing for this matter is continued to one month or on **September 30, 2005, at 9:30 a.m.** without further notice to Defendant.

SO STIPULATED.

Date: 8.31.05

_____
MARK K. WILLIAMS
Attorney for Plaintiff

Date: AUG-31-2005

_____
PALOKOA MONGKEYA

## ORDER

Based on the parties' stipulation, the hearing for Plaintiff's motion for an order to show cause is continued to **September 30, 2005 at 9:30 a.m.**

SO ORDERED.

Date: 9-1-05

_____
ALEX R. MUNSON
Presiding Judge

**RECEIVED**

AUG 3 1 2005

Clerk
District Court
For The Northern Mariana Islands