FILED
Clerk
District Court

SEP 0 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:  233-3334
Fax:  233-3336

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MICHAEL W. KENNEDY dba MKI AIRCONDITIONING and REFRIGERATION,<br><br>Plaintiff,<br><br>v.<br><br>ROSALINA T. GABUTIN, et al,<br><br>Defendants. | Civil Action No. CV 03-0016<br><br>**PROOF OF SERVICE** |

I, Rainaldo S. Agulto, hereby declare as follows:

1. I am not a party in the above referenced matter.

2. I am over the age of eighteen (18) years.

3. I personally served copies of the following documents to Mr. Palokoa Mongkeya, on August 29, 2005, at his employment office in Saipan International Airport, Saipan, CNMI:

    a. Motion for an Order to Show Cause in Re: Contempt;

    b. Declaration of Mark K. Williams in Support of Motion for an Order to Show Cause; and

    c. Order/Notice of Hearing.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on August 30, 2005, in Saipan, Commonwealth of the Northern Mariana Islands.

_____
RAINALDO S. AGULTO

Fee: $20.00