```
                                                    F I L E D
                                                       Clerk
                                                   District Court
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB                                 OCT - 3 2005
Saipan MP 96950
Tel:   233-3334                                For The Northern Mariana Islands
Fax:   233-3336                                By_____
                                                      (Deputy Clerk)
Attorneys for Plaintiff
```

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MICHAEL W. KENNEDY dba MKI AIRCONDITIONING and REFRIGERATION,<br><br>Plaintiff,<br><br>vs.<br><br>ROSALINA T. GABUTIN, JOSEPH C. GABUTIN, FELIX M. MENDIOLA, LOURDES T. MENDIOLA, JOAQUIN F. TUDELA, SR. and EDITH C. TUDELA<br><br>Defendants | Civil Action No. CV-03-0016<br><br>**STIPULATION TO CONTINUE HEARING AND ORDER**<br><br>Date: N/A<br>Time: N/A<br>Judge: Alex R. Munson |

  This matter is currently set for hearing on September 30, 2005 at 9:30 a.m., as a result of Plaintiff's Motion for an Order to Show Cause In Re: Contempt against Palokoa Mongkeya. Mr. Mongkeya's current balance is $2,213.75.

  Mr. Mongkeya, after being served with the show cause motion, offered to make payments every pay day through direct allotment beginning October 7, 2005, in the amount of $100.00 per pay period until his account is paid in full.

1 | Based on the above, Plaintiff and Defendant hereby stipulate that the hearing for this matter
2 | is continued to **October 27, 2005**, at **8:30 a.m.** without further notice to Defendant.
3 | SO STIPULATED.

Date: 9/30/05

_____
MARK K. WILLIAMS
Attorney for Plaintiff

Date: 9/30/05

_____
PALOKOA MONGKEYA

### ORDER

Based on the parties' stipulation, the hearing for Plaintiff's motion for an order to show cause is continued to **October 27, 2005 at 8:30 a.m.**

SO ORDERED.

Date: 10-3-05

_____
ALEX R. MUNSON
Presiding Judge

**RECEIVED**

SEP 3 0 2005

Clerk
District Court
For The Northern Mariana Islands