FILED
District Court
OCT 2 6 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MICHAEL W. KENNEDY dba MKI AIRCONDITIONING and REFRIGERATION,<br><br>Plaintiff,<br><br>vs.<br><br>ROSALINA T. GABUTIN, JOSEPH C. GABUTIN, FELIX M. MENDIOLA, LOURDES T. MENDIOLA, JOAQUIN F. TUDELA, SR. and EDITH C. TUDELA,<br><br>Defendants. | Civil Action No. CV-03-0016<br><br><br><br><br>**REQUEST TO TAKE HEARING OFF-CALENDAR; ORDER** |

    Plaintiff respectfully requests the Court to take off-calendar the hearing currently scheduled in this matter on October 27, 2005, at 8:30 a.m.  Palokoa Mongkeya is current with his account and has arranged for a direct-deposit payment plan with Smith & Williams.

    RESPECTFULLY SUBMITTED.

    Dated this 26th day of October, 2005.

_____
ERIC S. SMITH
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the hearing currently set for October 27, 2005, at 8:30 a.m. in this matter is taken-off calendar.

SO ORDERED.

Dated: __10-26-05__

*/s/ Alex R. Munson*
ALEX R. MUNSON
Presiding Judge

RECEIVED
OCT 26 2005
Clerk
District Court
For The Northern Mariana Islands

2