1  SMITH & WILLIAMS
   Attorneys at Law
2  P.O. Box 5133 CHRB
   Saipan MP 96950
3  Tel:    233-3334
   Fax:    233-3336
4
   Attorneys for the Plaintiff
5

6

7
                    **IN THE UNITED STATES DISTRICT COURT**
8                              **FOR THE**
                       **NORTHERN MARIANA ISLANDS**
9

10  MICHAEL W. KENNEDY dba MKI              Civil Action No. CV-03-0016
    AIRCONDITIONING and
11  REFRIGERATION,

12          Plaintiff,                      **MOTION FOR AN ORDER**
                                            **TO SHOW CAUSE IN RE:**
13             vs.                                 **CONTEMPT**

14  ROSALINA T. GABUTIN,
    JOSEPH C. GABUTIN,
15  FELIX M. MENDIOLA,
    LOURDES T. MENDIOLA,                    Date:
16  JOAQUIN F. TUDELA, SR. and              Time:
    EDITH C. TUDELA,                        Judge:   Alex R. Munson
17
            Defendants.
18

19
        COMES NOW MICHAEL W. KENNEDY dba MKI AIRCONDITIONING and
20
    REFRIGERATION,  Plaintiff herein, by and through its attorneys, Smith & Williams,
21
    and moves this Court for an Order to Show Cause in Re: Contempt against Mr. Palokoa
22
    Mongkeya for his failure to obey the Court's order dated March 28, 2005.
23
        On August 20, 2004, the Court granted Plaintiff's Application for Writ of
24
    Execution, and directing said Writ of Execution to "create a lien and continuing levy
25
    upon real property, rents, payments, income and profits of Rosalina T. Gabutin, in an
26
    amount not exceeding $88,926.67 plus accrued interest."
27

28

On or about June 16, 2004, Mr. Mongkeya entered into a lease agreement with Rosalina Gabutin for Ms. Gabutin's house and lot (Lot No. 016 K 59) in Gatbu Avenue, Dandan.

Mr. Mongkeya was provided with a copy of the Court's order and was informed that rent should be paid to Plaintiff.

Mr. Mongkeya occupied the premises without paying rent and on March 28, 2005, the Court found that he was in arrears in the amount of $1,300.00.

On March 28, 2005, Mr. Mongkeya was ordered by this Court to: a) pay Plaintiff, through Smith & Williams, the arrearages owed on the rent by installment payments at the rate of $50.00 per month beginning March 31, 2005; and b) to pay Plaintiff, through the offices of its attorney, Smith & Williams, the monthly rent of $250.00 on March 31, 2005.

Mr. Mongkeya disobeyed the Court's order in that he failed to make the payments as promised. On August 26, 2005, Plaintiff filed a Motion for an Order to Show Cause in Re: Contempt against Mr. Mongkeya.

On September 1, 2006, Mr. Mongkeya entered into a Stipulation with Plaintiff wherein he promised to pay $300.00 per month every 30th of the month until his outstanding balance is paid in full. This matter was scheduled for a review hearing on September 30, 2005.

On September 30, 2005, Mr. Mongkeya entered into a new stipulation with Plaintiff wherein he promised to pay $100.00 per payday through a direct-deposit to Smith & Williams' trust account. Mr. Mongkeya informed Plaintiff that he was no longer occupying Rosalina Gabutin's house.

Mr. Mongkeya fell in arrears with his payments once again when he stopped making payments on April 6, 2006. As of this date, Mr. Mongkeya's outstanding balance is $3,408.06.

2

1    Based on the above, Plaintiff respectfully requests the Court to issue an Order

2  finding Mr. Mongkeya in contempt for failure to obey the Court's order.  Additionally,

3  Plaintiff requests that the Court award Plaintiff attorney fees and costs in bringing this

4  motion.

5    This motion is supported by the Declaration of Eric S. Smith and the records and

6  files in this case.

7

8    RESPECTFULLY SUBMITTED.

9

10

Date: July 5, 2006                                    //Eric S. Smith//
11                                                      ERIC S. SMITH
                                                   Attorney for the Plaintiff
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            3