1  SMITH & WILLIAMS
   Attorneys at Law
2  P.O. Box 5133 CHRB
   Saipan MP 96950
3  Tel:    233-3334
   Fax:    233-3336
4
   Attorneys for the Plaintiff
5

6

7
                 **IN THE UNITED STATES DISTRICT COURT**
8                              **FOR THE**
                     **NORTHERN MARIANA ISLANDS**
9

10  MICHAEL W. KENNEDY dba MKI              Civil Action No. CV-03-0016
    AIRCONDITIONING and
11  REFRIGERATION,

12         Plaintiff,                       **DECLARATION IN SUPPORT OF**
                                            **MOTION FOR AN ORDER**
13         vs.                              **TO SHOW CAUSE**

14  ROSALINA T. GABUTIN,
    JOSEPH C. GABUTIN,
15  FELIX M. MENDIOLA,                      Date:
    LOURDES T. MENDIOLA,                    Time:
16  JOAQUIN F. TUDELA, SR. and              Judge:    Alex R. Munson
    EDITH C. TUDELA
17
           Defendants
18

19
          I, ERIC S. SMITH, declare under penalty of perjury as follows:
20
    1.    I am one of the attorneys for Plaintiff in the above referenced case.
21
    2.    The facts set forth in the attached Motion for Order to Show Cause in re:
22
          Contempt are true and accurate to the best of my knowledge.
23
    3.    On August 20, 2004, the Court granted Plaintiff's Application for Writ of
24
          Execution, and directing said Writ of Execution to "create a lien and continuing
25
          levy upon real property, rents, payments, income and profits of Rosalina T.
26
          Gabutin, in an amount not exceeding $88,926.67 plus accrued interest."
27
    4.    On or about June 16, 2004, Mr. Mongkeya entered into a lease agreement with
28
          Rosalina Gabutin for Ms. Gabutin's house and lot (Lot No. 016 K 59) in Gatbu

1    Avenue, Dandan.

2  5.    Mr. Mongkeya was provided with a copy of the Court's order and was informed

3        that rent should be paid to Plaintiff.

4  6.    Mr. Mongkeya occupied the premises without paying rent and on March 28, 2005,

5        the Court found that he was in arrears in the amount of $1,300.00.

6  7.    On March 28, 2005, Mr. Mongkeya was ordered by this Court to: a) pay Plaintiff,

7        through Smith & Williams, the arrearages owed on the rent by installment

8        payments at the rate of $50.00 per month beginning March 31, 2005; and b) to pay

9        Plaintiff, through the offices of its attorney, Smith & Williams, the monthly rent

10       of $250.00 on March 31, 2005.

11 8.    Mr. Mongkeya disobeyed the Court's order in that he failed to make the payments

12       as promised.  On August 26, 2005, Plaintiff filed a Motion for an Order to Show

13       Cause in Re: Contempt against Mr. Mongkeya.

14 9.    On September 1, 2006, Mr. Mongkeya entered into a stipulation with Plaintiff

15       wherein he promised to pay $300.00 per month every 30th of the month until his

16       outstanding balance is paid in full.  This matter was scheduled for a review

17       hearing on September 30, 2005.

18 10.   On September 30, 2005, Mr. Mongkeya entered into a new stipulation with

19       Plaintiff wherein he promised to pay $100.00 per payday through a direct-deposit

20       to Smith & Williams' trust account. Mr. Mongkeya informed Plaintiff that he was

21       no longer occupying Rosalina Gabutin's house.

22 11.   Mr. Mongkeya fell in arrears once again when he stopped making payments on

23       April 6, 2006.

24 12.   As of this date, Mr. Mongkeya's outstanding balance is $3,408.06.

25

26       I declare under penalty of perjury that the foregoing is true and correct and
         that this Declaration was executed on July 5, 2006, at Garapan, CNMI

27

28 _____
                        //Eric S. Smith//
                        ERIC S. SMITH
                        Declarant

2