```
                                                    F I L E D
1  SMITH & WILLIAMS                                    Clerk
   Attorneys at Law                                District Court
2  P.O. Box 5133 CHRB
   Saipan MP 96950                                  JUL - 7 2006
3  Tel:   233-3334
   Fax:   233-3336                            For The Northern Mariana Islands
4                                              By_____
   Attorneys for the Plaintiff                      (Deputy Clerk)
5
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MICHAEL W. KENNEDY dba MKI AIRCONDITIONING and REFRIGERATION,<br><br>Plaintiff,<br><br>vs.<br><br>ROSALINA T. GABUTIN, JOSEPH C. GABUTIN, FELIX M. MENDIOLA, LOURDES T. MENDIOLA, JOAQUIN F. TUDELA, SR. and EDITH C. TUDELA,<br><br>Defendants. | Civil Action No. CV-03-0016<br><br>ORDER/NOTICE OF HEARING<br><br>DATE: JUL 2 6 2006<br>TIME: 10:00 a.m. |

TO:   **PALOKOA MONGKEYA**

YOU ARE HEREBY ORDERED to appear in this Court on _____JUL 2 6 2006_____ at ___10:00___ **a.m.**/p.m. to give any legal reason why this Court should not find you guilty of contempt and punish you for wilfully disobeying its Order, as set forth in the Declaration of Eric S. Smith, attorney for Plaintiff.

SO ORDERED.

Dated ___JUL - 7 2006___.

_____
ALEX R. MUNSON
Chief Judge