FILED
Clerk
District Court

JUL 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MICHAEL W. KENNEDY dba MKI AIR CONDITIONING and REFRIGERATION,<br><br>Plaintiff,<br><br>vs.<br><br>ROSALINA T. GABUTIN, JOSEPH C. BABUTIN, FELIX M. MENDIOLA, LOURDES T. MENDIOLA, JOAQUIN F. TUDELA, SR., and EDITH TUDELA,<br><br>Defendants. | Civil Action No. CV 03-0016<br><br>Order Rescheduling Hearing |

Eric S. Smith
Attorney at Law
P.O. Box 5133
Saipan, MP 96950

The Contempt Hearing in the above case scheduled for Wednesday, July 26, 2006 at 10:00 a.m., is rescheduled to 8:30 a.m., on the same date

IT IS SO ORDERED.

DATED THIS 20th day of July, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)